COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| BETTY CAMPBELL, | | No. 08-12-00013-CV |
| | § | |
| Appellant, | | Appeal from |
| | § | |
| v. | | County Court at Law No. 3 |
| | § | |
| ALMA DELGADO, | | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC # 2011-CCV08854) |

## <u>MEMORANDUM OPINION</u>

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellant has failed to file a brief or motion for extension of time and has failed to respond to our inquiry letter, we dismiss the appeal for want of prosecution.

On May 17, 2012, the Clerk notified Appellant that her brief was past due and no motion for extension of time had been filed. The letter advised the parties that the Court intended to dismiss the appeal for want of prosecution unless she responded within ten days and showed grounds for continuing the appeal. *See* TEX.R.APP.P. 38.8(a)(1). No reply has been received. Pursuant to Rules 38.8(a)(1) and 42.3 of the Texas Rules of Appellate Procedure, we dismiss the appeal for want of prosecution.


July 31, 2012                         _____
                                                ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.